UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
WDNC Civil Action No.: 3:23-cv-300

| | |
|---|---|
| JOY FOSTER, | |
| Plaintiff, | |
| v. | **From Mecklenburg County**<br>**Civil Action No.: 23 CVS 6996** |
| PUBLIX SUPER MARKETS, INC., | |
| Defendant. | |

## NOTICE OF REMOVAL TO FEDERAL COURT

**NOW COMES** Defendant Publix Super Markets, Inc. by and through undersigned counsel, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and hereby removes the above-entitled action from the Superior Court of Mecklenburg County, North Carolina, to the United States District Court for the Western District of North Carolina, and, in support thereof, state as follows:

1. This action is being removed to federal court based on diversity of citizenship between the parties and an amount in controversy greater than $75,000.00.

2. On April 20, 2023, Plaintiff filed a Complaint in the Superior Court of Mecklenburg County, North Carolina, styled "*Joy Foster v. Publix Super Markets, Inc.*" That case was assigned civil action number 23-CVS-6996 ("Superior Court Division"). Defendant was served with the summons and Complaint on or about April 24, 2023.

3. This Notice is being filed within thirty (30) days of April 24, 2023, on which date Defendant was served with the summons and Complaint. Plaintiff's Complaint and Summons is attached collectively hereto as **Exhibit A**.

4. Plaintiff's claims for relief against Defendant in the Superior Court action are for negligence. Plaintiff alleges that Defendant was negligent in that they failed to maintain the store

floor and tile, creating a tripping hazard and Plaintiff claims past and future serious and severe injuries, medical expenses, pain and suffering, physical impairment, physical disfigurement, and permanent injury. (Complaint ¶¶ 10).

5. The United States District Court for the Western District of North Carolina has original jurisdiction over the Superior Court action pursuant to 28 U.S.C. § 1332(a) and it may be removed by Defendants pursuant to 28 U.S.C. §§ 1441(a) and 1446 for the following reasons:

    a) Per the Complaint, Plaintiff is a resident of Mecklenburg County, North Carolina.

    b) At the commencement of this action and at all times relevant hereto, Defendant Publix Super Markets, Inc. is a limited liability corporation organized and existing under the laws of the State of Florida with a principal place of business in Lakeland, Florida.

    c) The matter in controversy between Plaintiff and Defendants was, at the commencement of this action and all times relevant hereto, one in which complete diversity of citizenship exists.

    d) The amount in controversy between Plaintiff and Defendants, exclusive of interest and costs, exceeds $75,000.00.

    e) The United States District Court for the Western District of North Carolina embraces the District in which the aforementioned state court action is now pending.

6. Therefore, the undersigned hereby files this Notice of Removal from the aforesaid Superior Court of Mecklenburg County, North Carolina, in which it is now pending, to the United States District Court for the Western District of North Carolina.

7. Written notice of the filing of this Notice will be served upon the adverse party in this action as required by law.

8. Notice of Removal has been sent for filing with the Clerk of the Superior Court of Mecklenburg County, North Carolina, a copy of which is attached hereto as **Exhibit B**.

**WHEREFORE**, the Defendants pray that this action be removed from the Superior Court of Mecklenburg County, North Carolina, to the United States District Court for the Western District of North Carolina, and request that this Court assume jurisdiction over this action, and proceed to final determination thereof.

This the 18th day of May, 2023.

CRANFILL SUMNER LLP

BY: */s/ Samuel H. Poole, Jr.*
Samuel H. Poole, Jr. NC Bar #13659
*Attorney for Defendant*
Post Office Box 30787
Charlotte, North Carolina 28230
Telephone: (704) 332-8300
Facsimile: (704)332-9994
Email: shp@cshlaw.com

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day electronically filed the foregoing **Notice of Removal** with the Clerk of Court using the CM/ECF system and served the same on all of the parties to this cause by depositing a copy hereof, postage prepaid, in the United States Mail, addressed as follows:

> Brett Dressler
> Sellers Ayers Dortch & Lyons, P.A.
> 301 South McDowell Street
> Charlotte, NC 28204
> bdressler@sellersayers.com
> *Attorney for Plaintiff*

This the 18th day of May, 2023.

CRANFILL SUMNER LLP

BY: */s/ Samuel H. Poole, Jr.*
    Samuel H. Poole, Jr. NC Bar #13659
    *Attorney for Defendant*
    Post Office Box 30787
    Charlotte, North Carolina 28230
    Telephone: (704) 332-8300
    Facsimile: (704)332-9994
    Email: shp@cshlaw.com